HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURA GRAYUM,
        Plaintiff,

v.

MICHAEL GREENE; MASON COUNTY FIRE DISTRICT NO. 2,

        Defendants.

Case No. CV 03-5453RBL

ORDER DENYING DEFENDANT'S MOTION FOR COSTS

This matter comes before the Court on Defendants' Motion For Costs. [Dkt. #38]. The Plaintiff correctly points out that the Bill of Costs is not timely under this District's Local Rule 54(d). The Defendant's Motion for Costs [Dkt. #38] is therefore DENIED.

IT IS SO ORDERED this 11th day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

03-CV-05453-ORD

ORDER
Page - 1